**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-7753**

———————

THOMAS LATTIE MCLAMB,

Plaintiff - Appellant,

versus

W. F. DALIUS, Warden; KATHLEEN HAWK-SAWYER,
Director; J. FRANK BRADSHER,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Terrence W. Boyle, Chief
District Judge.  (CA-03-662-5-BO)

———————

Submitted: January 29, 2004          Decided:  February 9, 2004

———————

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Thomas Lattie McLamb, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Thomas Lattie McLamb appeals the district court's order and order on reconsideration denying his <u>Bivens</u>* claim. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm on the reasoning of the district court. <u>See</u> <u>McLamb v. Dalius</u>, No. CA-03-662-5-BO (E.D.N.C. Sept. 8 & Oct. 7, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

*<u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971).